IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CONSTRUCTION INDUSTRY LABORERS )
PENSION FUND, et al. )
                                )
              Plaintiffs, )
                                )
      v.                            )    No.  04-4256-CV-C-NKL
                                )
HAMPTON'S TRENCHING, LLC, )
                                )
             Defendant. )

**JUDGMENT**

This matter comes before the Court pursuant to a telephone conference with counsel for the respective parties held September 21, 2005.

The Court being fully advised in the premises does hereby find that a settlement agreement was entered into by the parties;

Therefore, the Court hereby orders, adjudges and decrees that judgment be entered, in accordance with the terms of the written Settlement Agreement entered into by the parties, in favor of plaintiffs' and against defendant Hampton's Trenching, LLC in the amount of $14,708.33 and attorney fees in the amount of $300.00 for a total judgment of $15,008.33 with the costs of this action assessed against the defendant.

s/ NANETTE LAUGHREY
Nanette Laughrey
United States District Judge

Date: September 26, 2005

1