IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS<br>PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HAMPTON'S TRENCHING, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 04-4256-CV-C-NKL<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on September 26, 2005, the Court hereby orders, adjudges and decrees that judgment be entered, in accordance with the terms of the written Settlement Agreement entered into by the parties, in favor of plaintiffs' and against defendant Hampton's Trenching, LLC in the amount of $14,708.33 and attorney fees in the amount of $300.00 for a total judgment of $15,008.33 with the costs of this action assessed against the defendant.

Dated: September 26, 2005

AT THE DIRECTION OF THE COURT
P.L. BRUNE
Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy